# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**LORETTA SUE WILLIAMS and**
**SCOTT WILLIAMS**                                                            **PLAINTIFFS**

v.                              No: 2:20-cv-92-DPM

**ZIMMER BIOMET SPINE, INC.;**
**ZIMMER BIOMET HOLDINGS, INC.;**
**and JOHN DOE CORPORATIONS 1 & 2**                          **DEFENDANTS**

## ORDER

All material things considered, the Williamses' motion, *Doc. 14*, is granted on a condition. FED. R. CIV. P. 41(a)(2); *Kern v. TXO Production Corp.*, 738 F.2d 968, 970–71 (8th Cir. 1984); *Blaes v. Johnson & Johnson*, 858 F.3d 508, 512–15 (8th Cir. 2017). The Court concludes that almost all of Biomet's lawyers' work, and expenses incurred so far, can be recycled if the case is refiled. The condition: By 10 December 2021, Biomet may file a list of Rule 54(d) costs incurred. The Williamses must pay those costs when and if they refile their case. Biomet's motion for summary judgment, *Doc. 11*, is denied as moot. The Court will withhold Judgment until the costs are pinned down.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 December 2021