IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LORETTA SUE WILLIAMS and
SCOTT WILLIAMS                                                                PLAINTIFFS

v.                              No: 2:20-cv-92-DPM

ZIMMER BIOMET SPINE, INC.;
ZIMMER BIOMET HOLDINGS, INC.;
and JOHN DOE CORPORATIONS 1 & 2                        DEFENDANTS

JUDGMENT

The Williamses' complaint is dismissed without prejudice.

*NBMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2022